**Order entered July 20, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00109-CV

### IN RE DON "DUNG" NGUYEN, Relator

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13345**

## ORDER

We **REINSTATE** this original proceeding.

Based on the Court's opinion of this date, we **DISMISS** this original proceeding for want of prosecution.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE